# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOR CANACAS DIMAS,<br><br>Petitioners,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br><br>Respondent. | Case No. 2:26-cv-00330-KES-EPG-HC<br><br>ORDER AUTHORIZING IN FORMA PAUPERIS STATUS<br><br>(ECF No. 2) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, Petitioner is HEREBY AUTHORIZED to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **February 17, 2026**               /s/ *Erica P. Grosjean*
                                 UNITED STATES MAGISTRATE JUDGE