# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOR CANACAS DIMAS,<br><br>Petitioners,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 2:26-cv-00330-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Per the parties' joint statement and proposed briefing schedule, the Court HEREBY ORDERS that:

1. Petitioner SHALL FILE a response to Respondents' motion to dismiss on or before May 27, 2026; and

2. Respondents MAY FILE a reply on or before June 1, 2026.

IT IS SO ORDERED.

Dated:   **May 26, 2026**                    /s/ Erica P. Grosj

UNITED STATES MAGISTRATE JUDGE