# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOR CANACAS DIMAS, | Case No. 2:26-cv-00330-KES-EPG-HC |
| Petitioners, | ORDER DIRECTING RESPONDENTS TO FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING |
| v. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al., | |
| Respondents. | |

The Court finds that a transcript and/or recording of the September 12, 2025 bond hearing would assist the Court in this matter.

Accordingly, the Court DIRECTS Respondents to file a transcript and/or recording of the September 12, 2025 bond hearing **within FOURTEEN (14) days** of the date of service of this order.

IT IS SO ORDERED.

Dated:  __**July 14, 2026**__          /s/ _Erica P. Grosj_
                                        UNITED STATES MAGISTRATE JUDGE