UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMADOR CANACAS DIMAS (A-Number: 077-259-765),

Petitioner,

v.

WARDEN, California City Detention Facility,

Respondent.

No. 2:26-cv-00330-KES-EPG (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING RESPONDENT'S MOTION TO DISMISS, DIRECTING RESPONDENT TO PROVIDE PETITIONER A BOND HEARING, AND DIRECTING CLERK OF COURT TO CLOSE CASE

Docs. 1, 12, 23

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus, deny respondent's motion to dismiss, and order respondent to provide petitioner with a bond hearing. Doc. 23. The findings and recommendations were served upon the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. On August 14, 2026, respondent filed a one-sentence objection. Doc. 24.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, including respondent's objection, the

Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on July 31, 2026, Doc. 23, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. Respondent's motion to dismiss, Doc. 12, is DENIED.
4. Respondent is ORDERED to provide petitioner Amador Canacas Dimas (A-Number: 077-259-765) with a bond hearing before a neutral decisionmaker within fourteen (14) days of the date of this Order. Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. At that bond hearing, it is respondent's burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence. Petitioner may be represented by an attorney at this hearing, and respondent may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond.
5. The Clerk of Court is directed to serve California City Detention Facility with a copy of this Order.
6. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated: August 20, 2026

UNITED STATES DISTRICT JUDGE